PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Dochtor Kennedy \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/dochtor-kennedy-492a8414/ |
| Captured site IP: | 108.174.11.17 |
| Page loaded at (UTC): | Tue, 08 Jan 2019 22:11:49 GMT |
| Capture timestamp (UTC): | Tue, 08 Jan 2019 22:13:07 GMT |
| Capture tool: | v6.9.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 0c4ef45e-c05d-4d8d-959d-8a8b73f2f12e |
| User: | odnss-lglasner |

EXHIBIT A

PDF REFERENCE #:     667nAuMVkCLJtLlVBrMxrv







