| | |
|---|---|
| From: | Doc Kennedy <doc@advisorlawyer.com> |
| Sent: | Monday, August 22, 2016 12:23 PM |
| To: | ███████ |
| Cc: | dockennedy@advisorlawyer.net <dockennedy@advisorlawyer.net>; ███████ <███████>;Jkirkland@rwbaird.com; ███████ |
| Subject: | Re: Follow up |

███████,

It was a pleasure speaking with you all.

Based upon the nature of what we do (rewriting history, as I say), we have a strict confidentiality policy. Clients and prior clients may choose to disclose that they worked with AdvisorLaw, but we do not disclose that we worked with them during or after the work is complete.

However, we do receive a portion of our business from lenders seeking to clean up a borrower's U4 in order to obtain loan approval for a practice acquisition loan (the borrower is a registered rep). In addition, we are called upon by recruiters (both in-house and outside recruiters) looking to on-board or place a rep that needs our services before the transition is viable. We consider both types of relationships as professional alliances to our practice.

Below, I provided contact information for a professional alliance we have with ███████, Managing Partner at ███████. ███████ has placed hundreds of advisors at Merrill over the past twenty-five years. Perhaps you will find value in speaking with ███████. He may be reached at ███████. I have CC'd her on this email as well.

In addition, I have included the contact information for Jason Kirkland, Sr. VP at Baird. He has relied upon our services to clean a rep's record in order to recruit that rep to Baird on a number of occasions. He may also provide a reference. Jason Kirkland may be reached at ███████. I have also CC'd him on this email.

If you would like to speak with a lender whom has used and continues to use our services to facilitate practice acquisition lending, please let me know and I will gladly send you contact information.

I look forward to hearing from you after you have done your due diligence.

With Respect,
-Doc

On Mon, Aug 22, 2016 at 9:32 AM, ███████ wrote:

Hi Doc, I hope you had a nice weekend. Thank you for taking the time to speak to ██, ██ and myself about the U4 expungement. Can you provide any references from Merrill Lynch financial advisors that you have worked with?

Thanks,

1

EXHIBIT B

...



phone: ▮▮▮
fax: ▮▮▮
web site: ▮▮▮

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www▮▮▮▮/emaildisclaimer. If you are not the intended recipient, please delete this message.

--

**Doc Kennedy MBA, J.D.**
**President, Managing Attorney**
3400 Industrial Lane, Unit 10A
Broomfield, CO 80020

**Direct Ph: (720) 282-5154**
Fax: (720) 452-0613
Email: doc@advisorlawyer.com



EXHIBIT B