PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | AdvisorLaw - Representation to Financial Advisors & Wealth Managers \| AdvisorLaw |
| Capture URL: | https://www.advisorlawllc.com/ |
| Captured site IP: | 199.34.228.100 |
| Page loaded at (UTC): | Tue, 08 Jan 2019 22:16:23 GMT |
| Capture timestamp (UTC): | Tue, 08 Jan 2019 22:17:05 GMT |
| Capture tool: | v6.9.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | d56cf820-b9de-473f-a491-915dad555c0c |
| User: | odnss-lglasner |

PDF REFERENCE #:   2nKpwuCx8rX7pUeBzCYLR9

EXHIBIT C

**AdvisorLaw** — PROTECTING YOUR LIVELIHOOD

HOME | EXPERTISE | TEAM | RESULTS | BLOG | CONTACT

Because your livelihood is worth it

## About AdvisorLaw

AdvisorLaw provides nationwide representation to hundreds of financial advisors and wealth managers. We only advocate for the interests of the advisor - never for the investor or broker-dealer.

Safeguarding your business is our business. We passionately defend your reputation and good name so that you can continue to gain maximum benefit from your livelihood.

AdvisorLaw is not a law firm and does not provide legal services. AdvisorLaw retains an independent law firm which focuses on this area of law to assist you with any aspect of our representation which requires a lawyer. AdvisorLaw will also work with your lawyer if he or she is competent in this area of law.

Read More

## AdvisorLaw Success

Wins 90% / Losses

Client Case Awards *
378

Read More

### AdvisorLaw Has Been Featured In The Following Articles:

Investment News  
Barron's  
Wealth Management  
AdvisorHub  

The Wall Street Journal  
Investment News  
AdvisorHub  
BrokeAndBroker  

## Areas of Expertise


**NEW DISPUTES**
FINRA Customer Dispute Allegations - Defense against pending customer disputes and terminations that attempt to harm your good name

More Info


**EXPUNGEMENT**
Customer Dispute Expungement - Clean up of your CRD from meritless customer disputes, U5 terminations, criminal, and tax disclosures

More Info


**REGULATORY**
Inquiries & Regulatory Allegations - Top-notch defense against state or FINRA investigations looking to suspend or bar you

More Info


**COMPLIANCE**
Transactional services for OBA, contract review, drafting buy-sell agreements, and establishing an RIA


**TRANSITIONS**
Transition planning to properly plan for and value your business, as well as negotiate notes and protecting against Protocol


**ACCESS ON-DEMAND**
Annual priority access to attorney consults, services, and pricing, as well as emergency defense against new allegations

